In the Matter of ANTHONY ANDERSON, Appellant, v GLENN S. GOORD, as Commissioner of Correctional Services, et al., Respondents.

Submitted August 8, 2005; decided October 27, 2005

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of COOKE CENTER FOR LEARNING AND DEVELOPMENT, Appellant, v RICHARD P. MILLS, as Commissioner of Education of the State of New York, et al., Respondents.

Submitted August 8, 2005; decided October 27, 2005

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as affirmed Supreme Court's order denying appellant's motion to renew, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.